1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

HENRY BEVERLY,

              Defendant.

Case No. 2:06-CR-388-JCM-GWF

**ORDER**

Based on the above points and authorities and good cause appearing therefore, the **UNOPPOSED MOTION TO SUSPEND PERIOD OF INELIGIBILITY OF FEDERAL BENEFITS** is hereby granted.

       **IT IS HEREBY ORDERED** that the period of ineligibility for Federal benefits is suspended.

       DATED this 8th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

4